## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

JEROME BURNETT                                      *

**Plaintiff,**

                                 *

**v.**                                     **Case No.** 1:22-cv-2840

BJ'S WHOLESALE CLUB, INC.                           *

**Defendant.**                                      *

### MOTION FOR ADMISSION PRO HAC VICE

I, Teresa D. Teare , am a member in good standing of the bar of this

Court.  I am moving the admission of Brendan T. Sweeney

to appear pro hac vice in this case as counsel for BJ's Wholesale Club, Inc. .

    We certify that:

1.  The proposed admittee is not a member of the Maryland bar and does not maintain
    any law office in Maryland

2.  The proposed admittee is a member in good standing of the bars of the following
    State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Massachusetts, 2018 | U.S. District Court for the District of Massachusetts, 2019 |
|  | U.S. Court of Appeals for the First Circuit, 2021 |
|  |  |
|  |  |

3.  During the twelve months immediately preceding this motion, the proposed admittee
    has been admitted pro hac vice in this Court 0 time(s).

4.  The proposed admittee has never been disbarred, suspended, or denied admission to
    practice law in any jurisdiction.   (NOTE:  If the proposed admittee has been
    disbarred, suspended, or denied admission to practice law in any jurisdiction, then
    he/she must submit a statement fully explaining all relevant facts.)

5.  The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional
    Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the
    Federal Rules of Appellate Procedure, and the Local Rules of this Court, and
    understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or ___n/a_____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

/s/ Teresa D. Teare
_____
Signature

Teresa D. Teare, 28055
_____
Printed name and bar number

Shawe Rosenthal LLP
_____
Office name

One South Street, Suite 1800, Baltimore, MD 21202
_____
Address

(410) 752-1040
_____
Telephone number

(410) 752-8861
_____
Fax Number

teare@shawe.com
_____
Email Address

PROPOSED ADMITTEE

/s/ Brendan T. Sweeney
_____
Signature

Brendan T. Sweeney
_____
Printed name

Morgan, Brown & Joy LLP
_____
Office name

200 State Street, Suite 11A, Boston, MA 02109
_____
Address

(617) 523-6666
_____
Telephone number

(617) 367-3125
_____
Fax Number

bsweeney@morganbrown.com
_____
Email Address