IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JEROME BURNETT,** | * | |
| **Plaintiff,** | * | |
| v. | * | **Civ. No. JKB-22-02840** |
| **BJ'S WHOLESALE CLUB,** | * | |
| **Defendant.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

On September 11, 2023, the Court issued an Order directing Plaintiff Jerome Burnett to stop sending case-related emails to chambers. (ECF No. 72.) Despite this Order, Burnett continued to send many such emails. On November 17, 2023, the Court issued an Order again directing Burnett to stop sending substantive emails to chambers, and warning him "that further substantive case-related emails sent to the inbox of the undersigned without prior authorization or request by the Court or chambers staff may result in sanctions." (ECF No. 97.) Notwithstanding these two warnings, Burnett has sent more than 15 case-related emails to the chambers inbox since November 17.

In light of Burnett's repeated disregard of the Court's orders, the Court will set in a Show Cause Hearing. At this Hearing, Burnett shall show cause why he should not be held in contempt and why sanctions should not be imposed. The Court has inherent authority to impose sanctions for abuse of the legal system, up to and including outright dismissal of the case in egregious circumstances. *Chambers v. NASCO*, 501 U.S. 32, 34–35 (1991). The Court may impose fines both to coerce obedience and to compensate for losses resulting from the contempt. *Schwartz v. Rent-A-Wreck of America*, 261 F. Supp. 3d 607, 617 (D. Md. 2017). Furthermore, the Court may

order the imprisonment of a contemnor until the contemnor complies with the Court order. *Int'l Union, United Mine Workers of Am. v. Bagwell*, 512 U.S. 821, 828 (1994).

Additionally, the Court observes that Burnett has recently filed documents that purportedly have been signed by Dr. Anil Uberoi, M.D. (*See* ECF No. 88, ECF No. 100.) The Court has doubts about the authenticity of these documents. Accordingly, at the Show Cause Hearing, Burnett will be ordered to explain whether Dr. Uberoi signed the documents and whether the documents were altered in any way after she signed them. If the Court finds that the documents were forged or otherwise fraudulently made, it may impose additional sanctions as appropriate.

Given the seriousness of the circumstances, the Court urges Burnett to obtain legal counsel to advise him in relation to these matters. Any attorney that Burnett retains should enter an appearance in this case before the date of the Show Cause Hearing.

For the reasons stated above, it is hereby ORDERED that a Show Cause Hearing is set in for Wednesday, December 20, 2023, at 11:00 a.m. in Courtroom 5A. Burnett, any counsel representing Burnett, and counsel for Defendant must be present.

The Clerk is DIRECTED to mail a copy of this Memorandum and Order to Burnett.

DATED this 30 day of November, 2023.

BY THE COURT:

*/s/ James K. Bredar*
James K. Bredar
Chief Judge