IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEROME BURNETT, | * | |
| Plaintiff, | * | |
| v. | * | Civ. No. JKB-22-02840 |
| BJ'S WHOLESALE CLUB, INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

The Court has reviewed Plaintiff's filing dated August 18, 2024, entitled "Motion for Federal Rule 60—Relief from Judgment or Order / Motion for Federal Rule 59—Altering or Amending a Judgment / Motion for Federal Rule 38 – Right to Jury Trial; Demand and 'Allen Charge' / Motion for Federal Rule 15(b)(1) and Motion to Strike / Motion for Federal Rule 56—Summary Judgment / Motion for Federal Rule 27 – Motions." (ECF No. 157.) Final judgment has been entered and this case is closed, and nothing in Plaintiff's filing provides adequate grounds for relief from judgment or any other form of relief.

For these reasons, and for the reasons set forth in the Court's August 21, 2024, Memorandum and Order (ECF No. 156) denying Plaintiff's prior Motion for Relief from Judgment, it is ORDERED that Plaintiff's Motion (ECF No. 157) is DENIED.

DATED this 23 day of August, 2024.

BY THE COURT:

_____
James K. Bredar
United States District Judge